## MARY BERZINS *v.* DAVID BERZINS

The petition by Daniel King, administrator of the estate of David L. Berzins, for certification for appeal from the Appellate Court (AC 28041) is denied.

*Linda C. Lehmann,* in support of the petition.

Decided September 25, 2008

## RONALD LABOW, TRUSTEE, ET AL. *v.* MYRNA LABOW

The defendant's petition for certification for appeal from the Appellate Court (AC 29217) is denied.

ROGERS, C. J., and VERTEFEUILLE, J., did not participate in the consideration of or decision on this petition.

*Richard W. Callahan,* in support of the petition.

*Stewart I. Edelstein,* in opposition.

Decided September 25, 2008

## LUIS FERNANDEZ *v.* STATE OF CONNECTICUT ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court (AC 29302) is denied.

*Luis Fernandez,* pro se, in support of the petition.

*Susan C. Marks,* supervisory assistant state's attorney, in opposition.

Decided September 25, 2008